**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Magdalena SANTANA RAMIREZ,**
**Defendant–Appellant.**

**No. 08–50351.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 14, 2011.

Jeff P. Mitchell, Esquire, Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kenneth M. Stern, Esquire, Law Offices of Kenneth M. Stern, Woodland Hills, CA, for Defendant–Appellant.

Magdalena Santana Ramirez, Adelanto, CA, pro se.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Magdalena Santana Ramirez appeals from her guilty-plea conviction and 70–month sentence for possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez's counsel has

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.